

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

December 28, 2021

District of Minnesota

Re: Unipro Foodservice, Inc. v. Agri Stats, Inc. et al

USDC Case Number: 21-cv-6553

MDL Number: 2998

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 12/28/2021**:**

☒ Was electronically transmitted to: District of Minnesota

☐ Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By: /s/ Paula Harrison
Deputy Clerk

Enclosures

**New Case No.** _____  **Date** _____

cc: Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016